RECEIVED
NOV 1 8 2020
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:20-cr-205 |
| v. | INDICTMENT |
| CHELSEA LYNN GLESS, | T. 18 U.S.C. § 1341 |
| Defendant. | T. 18 U.S.C. § 1957 |

**THE GRAND JURY CHARGES:**

## Introduction

At times material to this indictment:

1. The defendant, CHELSEA LYNN GLESS, was a resident of Princeton, Iowa, located within the Southern District of Iowa.

2. Royal Metals Group, LLC, was an Iowa limited liability company, which was registered as an LLC in 2009, with its place of business in Princeton, Iowa.

3. Royal Metals Group was a purported precious metals dealer that offered clients the opportunity to purchase precious metals, such as gold and silver, and to sell their precious metals to Royal Metals Group for an agreed upon price.

4. Defendant CHELSEA LYNN GLESS was a manager and part owner of Royal Metals Group. Defendant controlled and was the signatory for the Royal Metals Group bank accounts where Clients' funds were deposited for the purpose of purchasing and selling precious metals with Royal Metals Group.

## The Scheme and Artifice to Defraud

5.  From at least on or about May 2014, and continuing through at least on or about February 2018, in the Southern District of Iowa and elsewhere, CHELSEA LYNN GLESS, defendant herein, knowingly devised, intended to devise, and participated in a scheme and artifice to defraud and to obtain money and precious metals from Royal Metals Group Clients by means of materially false and fraudulent pretenses, representations, and promises, and by intentional concealment of material facts.

6.  In furtherance of the scheme to defraud, defendant CHELSEA LYNN GLESS communicated with Clients and financial advisors acting on behalf of Clients and represented that Royal Metals Group would sell and deliver precious metals and purchase precious metals from Clients for an agreed upon price.

7.  It was further part of the scheme that defendant knowingly made false representations to Clients and financial advisors acting on Clients' behalf and instead of delivering the precious metals and paying the Clients for precious metals, defendant CHELSEA LYNN GLESS misappropriated Clients' funds and precious metals.

8.  It was further part of the scheme that defendant CHELSEA LYNN GLESS used the funds obtained from Clients and funds from Clients' precious metals to pay personal expenses, such as credit cards, and to pay other Clients to whom Royal Metals Group owed money.

9.  It was further part of the scheme when Clients inquired as to the status

2

of their precious metals or payment, Defendant CHELSEA LYNN GLESS, in order to perpetuate and conceal the scheme to defraud, knowingly made false representations to Clients regarding delivery tracking numbers for their precious metals and funds; provided Clients with unsigned checks; checks with the incorrect amount of funds; and checks that could not be cashed due to stop payment orders and insufficient funds.

10. It was further part of the scheme that between 2014 and 2018, defendant CHELSEA LYNN GLESS defrauded at least 69 Clients of Royal Metals Group, using and causing to be used both mail and interstate wires in furtherance of this scheme, for an approximate loss amount of over $2.9 million.

## Count 1
### (Mail Fraud)

11. Paragraphs 1-10 of the Indictment are re-alleged and incorporated herein.

12. On or about August 3, 2017, in the Southern District of Iowa and elsewhere, the defendant, CHELSEA LYNN GLESS, for the purpose of executing and attempting to execute the scheme and artifice to defraud described above, and to obtain money and property by means of false and fraudulent pretenses and representations, did knowingly cause to be delivered by the United Parcel Service, a commercial interstate carrier, 1 – one ounce Gold American Eagle, to Client J.T., knowing she did not provide the full amount of gold Client J.T. ordered, and

defendant lulled Client J.T. to believe Client J.T. would eventually receive the full amount of gold ordered from defendant.

This is a violation of Title 18, United States Code, Section 1341.

**THE GRAND JURY FURTHER FINDS:**

**Count 2**
**(Mail Fraud)**

13.     Paragraphs 1-10 of the Indictment are re-alleged and incorporated herein.

14.     On or about October 3, 2017, in the Southern District of Iowa and elsewhere, the defendant, CHELSEA LYNN GLESS, for the purpose of executing and attempting to execute the scheme and artifice to defraud described above, and to obtain money and property by means of false and fraudulent pretenses and representations, did knowingly cause to be delivered by the United Parcel Service, an empty envelope and invoice, to Client J.C., in an effort to lull J.C., after GLESS told Client J.C. she would be mailing a check for payment to Client J.C.

This is a violation of Title 18, United States Code, Section 1341.

**THE GRAND JURY FURTHER FINDS:**

**Count 3**
**(Mail Fraud)**

15.     Paragraphs 1-10 of the Indictment are re-alleged and incorporated herein.

16.     On or about January 24, 2018, in the Southern District of Iowa and elsewhere, the defendant, CHELSEA LYNN GLESS, for the purpose of executing and

attempting to execute the scheme and artifice to defraud described above, and to obtain money and property by means of false and fraudulent pretenses and representations, did knowingly cause Client F.B. to mail, via United Parcel Service, a commercial interstate carrier, precious metals, to defendant. Defendant never paid Client F.B. for the precious metals that were mailed to defendant GLESS.

This is a violation of Title 18, United States Code, Section 1341.

**THE GRAND JURY FURTHER FINDS:**

### Count 4
### (Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity)

17.     The allegations contained in Counts 1-10 of this Indictment are re-alleged and incorporated herein.

18.     On or about December 20, 2017, in the Southern District of Iowa, the defendant, CHELSEA LYNN GLESS, did knowingly engage and attempt to engage in a monetary transaction by, through, or to a financial institution, affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000, that is, defendant CHELSEA LYNN GLESS, caused a withdrawal of $52,699.60 from the Royal Metals Group LLC bank account ending in 8762 at Bank of America, to purchase a cashier's check payable to Client R.W., such property having been derived from a specified unlawful activity, that is Mail Fraud, based on Client M.C.'s mailing of funds, via United States Postal Service, on or about December 8, 2017, to Royal Metals Group, intended for the purchase of 146 ounces of gold.

This is a violation of Title 18, United States Code Sections 1957.

**THE GRAND JURY FURTHER FINDS:**

<u>Count 5</u>
**(Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity)**

19. The allegations contained in Counts 1-10 of this Indictment are re-alleged and incorporated herein.

20. On or about December 11, 2017, in the Southern District of Iowa, the defendant, CHELSEA LYNN GLESS, did knowingly engage and attempt to engage in a monetary transaction by, through, or to a financial institution, affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000, that is, defendant CHELSEA LYNN GLESS, caused an withdrawal of $11,358.84 from the Royal Metals Group LLC bank account ending in 8762 at Bank of America, payable to Client A.W., such property having been derived from a specified unlawful activity, that is Mail Fraud, based on Client M.C.'s mailing of funds, via United States Postal Service, on or about December 8, 2017, to Royal Metals Group, intended for the purchase of 146 ounces of gold.

This is a violation of Title 18, United States Code Sections 1957.

**THE GRAND JURY FURTHER FINDS:**

<u>Count 6</u>
**(Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity)**

21. The allegations contained in Counts 1-10 of this Indictment are re-alleged and incorporated herein.

22. On or about December 18, 2017, in the Southern District of Iowa, the defendant, CHELSEA LYNN GLESS, did knowingly engage and attempt to engage in a monetary transaction by, through, or to a financial institution, affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000, that is, defendant CHELSEA LYNN GLESS, caused a withdrawal of $13,949.40 from the Royal Metals Group LLC bank account ending in 8762 at Bank of America, to pay Equity Institutional, on behalf of Client L.S., such property having been derived from a specified unlawful activity, that is Mail Fraud, based on Client M.C.'s mailing of funds, via United States Postal Service, on or about December 8, 2017, to Royal Metals Group, intended for the purchase of 146 ounces of gold.

This is a violation of Title 18, United States Code Sections 1957.

**THE GRAND JURY FURTHER FINDS:**

<u>Count 7</u>
**(Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity)**

23. The allegations contained in Counts 1-10 of this Indictment are re-alleged and incorporated herein.

24. On or about December 18, 2017, in the Southern District of Iowa, the defendant, CHELSEA LYNN GLESS, did knowingly engage and attempt to engage in a monetary transaction by, through, or to a financial institution, affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000, that is, defendant CHELSEA LYNN GLESS, caused withdrawal of $10,698.83 from the Royal Metals Group LLC bank account ending in 8762 at Bank

of America, to pay New Direction IRA, on behalf of Client J.M., such property having been derived from a specified unlawful activity, that is Mail Fraud, based on Client M.C.'s mailing of funds, via United States Postal Service, on or about December 8, 2017, to Royal Metals Group, intended for the purchase of 146 ounces of gold.

This is a violation of Title 18, United States Code Sections 1957.

**A TRUE BILL.**

FOREPERSON

Marc Krickbaum
United States Attorney

By: _____
Rachel J. Scherle
Assistant United States Attorney