IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 4:20-CR-00205 |
| | ) | |
| Plaintiff, | ) | |
| | ) | SENTENCING EXHIBIT LIST |
| vs. | ) | |
| | ) | |
| CHELSEA GLESS, | ) | |
| | ) | |
| Defendant. | ) | |

Exhibit A:  2010 RMG corporate tax return (portion)

Exhibit B:  2011 RMG corporate tax return (portion)

Exhibit C:  2012 RMG corporate tax return (portion

Exhibit D:  2013 RMG corporate tax return (portion)

Exhibit E:  2014 RMG corporate tax return (portion)

Exhibit F:  2015 RMG corporate tax return (portion)

Exhibit G:  Letter from John Sherrick regarding tax return

Exhibit H:  2009 RMG corporate tax return (portion)

Exhibit I:  2016 RMG corporate tax return (portion)

Exhibit J:  Edited 2014 transaction spreadsheet

Exhibit K: Tax Audit Report 2014-2015

Exhibit L:  Gold price history

Exhibit M: Silver price history

Exhibit N: Ascentra personal loan

CHELSEA GLESS

BY:     /s/ John O. Moeller_____

JOHN O. MOELLER  AT#0005535
Attorney for Defendant
1503 Brady Street
Davenport, Iowa 52803
Telephone No. 563/323-3014
E-mail: john@johnmoeller.com

CERTIFICATE OF SERVICE:
The undersigned certifies that the foregoing document was served upon all counsel of record by electronic service by filing this document with the Clerk of Court using the ECF system which will send notification to the following.

Rachel Scherle (United States Attorney's Office)
Rachel.scherle@usdoj.gov