**GOLD**HUB

## Gold prices



Data as of 22 December, 2021

Sources: FastMarkets, ICE Benchmark Administration, Thomson Reuters, World Gold Council; Disclaimer

EXHIBIT

L