## United States District Court for the Southern District of Iowa

Presiding: Honorable Judge Rebecca Goodgame Ebinger
Criminal No. 4:20-cr-00205-RGE-HCA : Clerk's Court Minutes – Sentencing

---

UNITED STATES OF AMERICA VS. CHELSEA LYNN GLESS

---

| | |
|---|---|
| Gov. Atty(s): Rachel Scherle | : ✓ Indictment    Superseding Indictment    Information |
| Def. Atty(s): John Moeller | : In 7 Count(s) – Code Violation: |
| Court Reporter: Chelsey Wheeler | 18:1341 Mail Fraud (1); 18:1341 Mail Fraud (2-3); 18:1957 Engaging in Monetary Transactions in Property Derived from Specific Unlawful Activity (4-7). |
| Interpreter: N/A | |
| Date: January 7, 2022 | |
| Time Start: 11:31 a.m.   Time End: 1:32 p.m. | |

---

✓ Defendant reaffirmed guilty plea to Count(s) 1         :         Court adopted findings of Final PSR
   Jury        Court guilty verdict to Count(s)           :   ✓ Final PSR as amended

---

Minutes:

Defendant appears with counsel for sentencing. USPO Officer present. Defendant confirms guilty plea on Count 1. Court holds colloquy with Defendant. Court orders Defense exhibits A-K and N to be sealed. At 11:48 a.m., parties discuss PSR. Court make correction to para. 65i. Defense makes record to correct para. 31 and mortgage amounts. At 11:55 a.m., Court addresses sentencing guidelines. At 11:57 a.m., Defense objects to enhancement for abuse of position of trust. At 12:01 p.m., Defense calls Chelsea Gless; Defendant sworn. Defense requests Court consider victim impact statements as evidence. Gov does not resist. Court grants and orders VIS to be filed as sealed exhibits. At 12:23 p.m., Gov calls Agent James McMillan. At 12:36 p.m., Gov argues in support of enhancement. At 12:41 p.m., Defense argues to support objection. Court sustains. Total Offense Level = 22; Criminal History Category = I; Guideline Imprisonment Range = 41 to 51 months. At 12:51 p.m., Defense presents argument regarding appropriate sentence. At 12:58 p.m., Defendant allocutes. At 1:02 p.m., Government presents argument regarding appropriate sentence. At 1:18 p.m., Court pronounces sentence. At 1:30 p.m., Defendant is advised of appeal rights.

---

Sentence Imposed:

Defendant is sentenced to the custody of the BOP for a term of 36 months on Count 1. Upon release, Defendant shall serve a supervised release term of 3 years. Court ordered $2,935,806.40 in restitution. $100 Special Assessment to the Crime Victims' Fund Assessment.

Counts 2 through 7 are dismissed on the motion of the United States. Defendant shall remain on conditions of release to surrender to the designated BOP institution.

/s/ Kandy Sands
Deputy Clerk